UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 24 CR 00176 |
|---|---|---|
| PLAINTIFF | ) | JUDGE PAMELA BARKER |
| v. | ) | |
| | ) | **SUPPLEMENT TO** |
| GEORGE BAYNES | ) | **MOTION TO APPROVE/** |
| | ) | **APPOINT INVESTIGATOR** |
| DEFENDANT | ) | |

Defendant George Baynes now submits the following supplemental information in regard to his request for an investigator: Investigator Christopher Giannini of International Investigations, 4758 Ridge Road, #207 Cleveland, Ohio 44144, will charge his time at the rate of $75. to $90. per hour depending on the work performed. Investigator Giannini's total amount of fees for his work in this matter will not exceed $2,500.00. Giannini and his firm will not exceed 30 hours of work in connection with this case. Defendant, therefore, requests authorization and approval of investigator fees up to $2,500.00.

For the foregoing reasons, Defendant requests that Mr. Giannini and his firm International Investigations be assigned as his investigator in this matter.

Respectfully submitted,

*/s/ Michael P. Maloney*

_____
MICHAEL P. MALONEY (0038661)
24441 Detroit Rd., Suite 200
Westlake, OH 44145
(440) 716-8562   (440) 716-8563 (Fax)
Mpmalo@hotmail.com
Attorney for Defendant

# CERTIFICATE OF SERVICE

A copy of the foregoing Motion was served this 3rd day of July, 2025 to the United States Attorney, through the court's electronic filing system.

*/s/ Michael P. Maloney*
_____
Michael P. Maloney (0038661)
Attorney for Defendant